IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | CRIMINAL NO.: 9:12-cr-00637-SB |
| | ) | |
| vs. | ) | **ORDER TERMINATING** |
| | ) | **DEFENDANT'S PARTICIPATION IN** |
| Katherine Marie Swiatocha | ) | **THE BRIDGE PROGRAM** |
| _____ | ) | |

On March 5, 2013, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant successfully completed all phases of the program and graduated on April 11, 2014. The BRIDGE Program Team, including the undersigned United States Magistrate Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended. The Court further orders that this case shall be transferred back to the United States District Judge who was supervising defendant prior to defendant's acceptance into the BRIDGE Program.

                                                          s/Bruce Howe Hendricks
                                                          United States Magistrate Judge

April 14, 2014
Charleston, South Carolina